# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 4:21−cr−00301

Jayson Lopez

---

## Notice of Setting

**A proceeding has been set in this case as to Jayson Lopez as set forth below.**

**BEFORE:**
**Magistrate Judge Christina A Bryan**

**LOCATION:**
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/15/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment
Applicable defendant(s) required to be present at the hearing.

---

Date:   January 13, 2026                                         Nathan Ochsner, Clerk